June 30, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

5500 GRIGGS, Appellant

NO. 14-15-00151-CV            V.

FAMCOR OIL, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Famcor Oil, Inc., signed, November 21, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, 5500 Griggs, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.